DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 APRIL 2016

| 013P16 | Landover Homeowners Association, Inc. v. Thomas B. Sanders; Anna B. Sanders; Sanders Equipment Company, Inc.; and Sanders Development | 1. Defs' Motion for Temporary Stay (COA14-1337)<br><br>2. Defs' Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/15/2016** Dissolved **04/13/2016**<br><br>2. Denied<br><br>3. Denied |
|---|---|---|---|
| 016P16 | Maurice Antonio Burris v. Kelly J. Thomas, Commissioner of the North Carolina Division of Motor Vehicles | 1. Petitioner's Motion for Temporary Stay (COA15-312)<br><br>2. Petitioner's Petition for *Writ of Supersedeas*<br><br>3. Petitioner's PDR Under N.C.G.S. § 7A-31<br><br>4. Respondent's Motion to Strike Appendix to PDR | 1. Allowed **01/20/2016** Dissolved **04/13/2016**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as moot |
| 027P16 | State v. Keyshawn Jones | 1. State's Motion for Temporary Stay (COA15-804)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/26/2016**<br><br>2. Allowed<br><br>3. Allowed |
| 030P16 | State v. Ryan Patrick Hare | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-808) | Denied |
| 032A16 | Orban, et al. v. Pike Corporation, et al. | Def's (Pike Corporation) Consent Motion to Withdraw and Dismiss Appeals | Allowed **03/29/2016** |
| 035PA12-2 | Connie Chandler, Employee, by her Guardian ad Litem, Celeste M. Harris v. Atlantic Scrap & Processing, Employer and Liberty Mutual Insurance Company, Carrier | 1. Defs' Motion for Temporary Stay (COA14-1351)<br><br>2. Defs' Petition for *Writ of Supersedeas*<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/06/2016** Dissolved **04/13/2016**<br><br>2. Denied<br><br>3. Denied |
| 036P16 | State v. James Anthony Barnett, Jr. | 1. State's Motion for Temporary Stay (COA15-200)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/05/2016**<br><br>2. Allowed<br><br>3. Allowed |